

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOE ROSALES AND PASO DEL NORTE MATERIALS, L.L.C., | § | No. 08-13-00367-CV |
| | § | Appeal from the |
| Appellants, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| OMAR RIVERA, | § | (TC# 2013-DCV3702) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MAY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.